IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV134-RJC-DSC

| | |
|---|---|
| SCIVOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET CORPORATION AND )<br>MEDLINE INDUSTRIES, INC., )<br>)<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (document #4) filed March 18, 2011 requesting admission of Attorney Steven Neal Fox to represent Plaintiff SciVolutions, Inc. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 18, 2011

David S. Cayer
United States Magistrate Judge